### 320 JAHRAUS vs. CIRCUIT JUDGE (Iosco), No. 12074.

To compel the vacation of an order fixing certain terms of court at Au Sable.

Denied July 1, 1891.

The circuit judge made the order under Act No. 32, Public Acts 1891.

Held, ruled by Whallon vs. Circuit Judge, 51 M., 503 (321).